# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY L. WHITING,<br><br>                Plaintiff,<br><br>        v.<br><br>WALMART INC., ET AL.,<br><br>                Defendants. | Case No. EDCV 22-2121-JWH (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has filed Objections, and the Court has reviewed *de novo* those portions of the Report and Recommendation to which Plaintiff has objected. The Court **ACCEPTS** the findings and recommendations of the Magistrate Judge.

The Court acknowledges Plaintiff's argument in his Objections to the Report and Recommendation that the Magistrate Judge applied an incorrect screening standard. (ECF No. 17 at 7-10.) The Court nevertheless concludes that, for the reasons stated in the Report and Recommendation, the dismissal of this case is warranted pursuant to 28 U.S.C. § 1915(e)(2)(B). Accordingly, it is hereby **ORDERED** as follows:

1. This action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B).

2. Judgment shall be entered **DISMISSING** this action **without leave to amend**.

**IT IS SO ORDERED.**

Dated: April 10, 2023

JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE