JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY L. WHITING,<br><br>        Plaintiff,<br><br>        v.<br><br>WALMART INC., ET AL.,<br><br>        Defendants. | Case No. EDCV 22-2121-JWH (JEM)<br><br>**JUDGMENT** |

      In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

      It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED without leave to amend**.

      **IT IS SO ORDERED.**

Dated:  April 10, 2023

                                              JOHN W. HOLCOMB
                                          UNITED STATES DISTRICT JUDGE